# ELECTRONIC RECORD

COA # 05-13-00718-CR           OFFENSE: 2

STYLE: Leonard Geronimo Renteria
Sanchez v. The State of Texas           COUNTY: Dallas

COA DISPOSITION:      AFFIRM           TRIAL COURT: Criminal District Court No. 1

DATE: 10/22/2014           Publish: NO   TC CASE #:      F-1241227-H

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Leonard Geronimo Renteria Sanchez
v. The State of Texas           CCA #: 1541-14

_____APPELLANT'S_____ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:           DATE: _____

_____REFUSED_____           JUDGE: _____

DATE: 02/11/2015           SIGNED: _____           PC: _____

JUDGE: _____           PUBLISH: _____           DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**